Certificate Number: 14912-PR-DE-023548998

Bankruptcy Case Number: 14-04170



14912-PR-DE-023548998

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 4, 2014, at 7:53 o'clock PM EDT, Aleida Maldonado completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: June 4, 2014            By:    /s/Jai Bhatt

                              Name:  Jai Bhatt

                              Title: Counselor