**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br>ALEIDA VICTORIA MALDONADO CAMACHO<br><br>XXX-XX-8785<br><br><br>　　　　DEBTOR (S) | CASE NO.:14-04170-MCF<br><br>CHAPTER 13 |

### STANDING CHAPTER 13 TRUSTEE'S REPORT OF DEBTOR(S) PLAN COMPLETION AND THE COMPLIANCE WITH § 1328 DISCHARGE REQUIREMENTS

TO THE HONORABLE COURT:

　　NOW COMES José R. Carrión, Standing Chapter 13 Trustee, and very respectfully reports:

　　Debtor(s) has/have completed all payments under the confirmed or approved modified plan or has/have completed the payment of all allowed unsecured claims in full.

　　Be advised that a Final Report & Account will be filed as soon as practicable as required by §§ 1302(b)(1) and 704(a)(9) to allow the Court to close the case pursuant to § 350(a) and Fed.R.Bankr.P. Rule 5009(a).

　　Be advised that Section 1328(a) provides that after debtor'(s') completion of plan the payments and her/his/their certification that there are no outstanding debts related to Domestic Support Obligations (DSO), the Court shall grant the debtor(s) a discharge of "all debts provided for by the plan…" after compliance with subsections (g)(1), (f) and (h).

#### COMPLIANCE WITH § 1328(g)(1) & FED.R.BANKR.P. RULE 1007(b)(7)
#### [Instructional Course]

　　Debtor(s) has/have filed with the court a certification of completing an instructional course concerning personal financial management, in compliance with § 1328(g)(1) and Fed.R.Bankr.P. Rule 1007(b)(7).

#### COMPLIANCE WITH § 1328(a) & LBR 3015-3(k)-(DSO)

　　Debtor(s) is/are not required to file a certification in compliance with § 1328(a) and LBR 3015-3(k), affirming that there are no outstanding support obligations debt.

## COMPLIANCE WITH § 1328(f) - (PRIOR DISCHARGES)

According to the case record the debtor(s) has/have not received a discharge under Chapters 7, 11, or 12 during the 4-year period preceding this case petition date.

## COMPLIANCE WITH § 1328(h) & FED.R.BANKR.P. RULE 1007(b)(8)

Section 522(q)(1) is not applicable, not withstanding Debtor(s) claimed exemptions under local law, pursuant to § 522(b)(2), they did not exceed aggregate limits described in § 522(q)(1).

Upon information and believe there is/are no pending proceeding(s) in which the debtor(s) may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

## CONCLUSION

The above described would support a Court's finding, after notice and a hearing held 10 days prior to entering the order [11 USC § 1328(h)], that debtor(s) is/are entitled to a Chapter 13 Discharge.

WHEREFORE the Standing Chapter 13 Trustee respectfully submits the information in this Report for the Court's consideration in granting or not a Chapter 13 Discharge to the debtor(s) in this case.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to:the DEBTOR(s) and to all parties in interest by first class mail to their address of record, and also to her/his/their attorney by first class mail, if not a ECFS register user.

In San Juan, Puerto Rico this June 17, 2019.

/s/ Jose R. Carrion

JOSE R. CARRION CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902
Tel (787)977-3535 FAX (787)977-3550

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | ALEIDA VICTORIA MALDONADO CAMACHO<br>HC 3 BOX 36170<br>CAGUAS, PR 00725-9701 |
| ALTAIR OH XIII LLC<br>C/O WEINSTEIN AND RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 |
| FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 |
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | HOME DEPOT<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | DEPARTMENT OF TREASURY<br>SECTION OF BANKRUPTCY 424 OFFICE<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| DEPARTMENT OF TREASURY<br>SECTION OF BANKRUPTCY 424 OFFICE<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | DEPARTMENT OF TREASURY<br>SECTION OF BANKRUPTCY 424 OFFICE<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| DEPARTMENT OF TREASURY<br>SECTION OF BANKRUPTCY 424 OFFICE<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | |

DATED: June 17, 2019

GENESIS RIVERA
OFFICE OF THE CHAPTER 13 TRUSTEE